IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| HEATHER REECE, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:23-cv-022 |
| | ) |
| v. | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| COUNTRYWIDE HOME LOANS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 8, 2023, plaintiff Heather Reece, pro se, filed a complaint and an application for leave to proceed in forma pauperis. Pl.'s Mot., ECF No. 1; Compl., ECF No. 2. The court granted Reece's request to proceed in forma pauperis on July 6, 2023. Order, ECF No. 3. On August 16, 2023, defendants Bank of America, N.A. ("Bank of America") and Countrywide Home Loans, Inc. ("Countrywide") filed a motion to dismiss Reece's complaint under Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6). Defs.' Mot. to Dismiss, ECF No. 6. Countrywide and Bank of America also filed a "Roseboro Notice" with their motion, informing Reece that she was entitled to file a response opposing the motion within twenty-one days and that the court may dismiss the lawsuit if she did not file a response. Roseboro Notice to Pro Se Plaintiff, ECF No. 8, at ¶¶ 1–2.

On August 23, 2023, on referral from this court pursuant to 28 U.S.C. § 636(b), the Honorable Pamela Meade Sargent, United States Magistrate Judge, issued an order directing Reece to respond to defendants' motion to dismiss or file an amended complaint by September

1

13, 2023. Order, ECF No. 12.[1] On September 5, 2023, Reece filed an amended complaint, naming ten new defendants. Am. Compl., ECF No. 13.

On September 27, 2023, Countrywide and Bank of America filed a motion to dismiss the amended complaint for failure to state a claim. Defs.' Mot. to Dismiss Am. Compl., ECF No. 14. Countrywide and Bank of America again filed a Roseboro Notice with their motion. Roseboro Notice to Pro Se Plaintiff, ECF No. 16, at ¶¶ 1–2. On October 30, 2023, defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") filed a motion to dismiss Reece's amended complaint under Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6). Def.'s Mot. to Dismiss, ECF No. 20. Like Countrywide and Bank of America, Nationstar also filed a Roseboro Notice with its motion, notifying Reece that she was entitled to file a response to the motion within 21 days and that the court may dismiss the lawsuit if she did not respond. Roseboro Notice to Pro Se Plaintiff, ECF No. 22, at ¶¶ 1–2.

On November 1, 2023, defendants ACI Payments, Inc., ACI Worldwide Corp., and ACI Worldwide, Inc. (collectively "ACI") filed a motion to dismiss Reece's complaint under Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6). Defs.' Mot. to Dismiss, ECF No. 26. ACI also filed a Roseboro Notice with their motion. Roseboro Notice to Pro Se Plaintiff, ECF No. 28, at ¶¶ 1–2. The same day, the Clerk filed a Roseboro Notice for all three pending motions to dismiss, informing Reece that the court may dismiss the case for failure to prosecute if she did not respond to these motions within 21 days of the notice. Clerk's Notice, ECF No. 29.

---

[1] As indicated, the court also issued an order referring motions to the United States Magistrate Judge. Order, ECF No. 11. As the court has reviewed this matter itself, the August 21, 2023, referral order, ECF No. 11, is **VACATED**.

2

Reece's 21-day window to respond to the motions to dismiss the amended complaint has passed, and Reece has failed to file a response.[2] Accordingly, the court **DISMISSES** the action without prejudice and strikes the case from the active docket of the court.

The Clerk is **DIRECTED** to send a copy of this Order to plaintiff Heather Reece, pro se.

It is so **ORDERED**.

Entered: December 21, 2023

Michael F. Urbanski
Chief United States District Judge

---

[2] The court notes that this is perhaps because this is one of six actions that Reece initiated over a nine-day period in this court, some involving the same defendants. See Reece v. Hutchinson, No. 2:23-cv-013 (W.D. Va. filed June 1, 2023); Reece v. Countrywide Home Loans, et al., No. 2:23-cv-014 (W.D. Va. filed June 5, 2023); Reece v. Fig Enterprises LLC, et al., No. 2:23-cv-015 (W.D. Va. filed June 7, 2023); Reece v. Everhome Mortgage, et al., No. 2:23-cv-018 (W.D. Va. filed June 9, 2023); Reece v. Hutchinson, No. 2:23-cv-019 (W.D. Va. filed June 9, 2023); Reece v. Countrywide Home Loans, et al., No. 2:23-cv-022 (W.D. Va. filed June 8, 2023). Reece filed a seventh action in this court against Bank of America and thirty-six other defendants on September 7, 2023. See Reece v. Bank of America, et al., No. 2:23-cv-028 (W.D. Va. filed Sept. 7, 2023).

3